# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:19-cr-00047 |
| | ) | |
| TONY ORLANDO HUGHES | ) | JUDGE CAMPBELL |

## ORDER

On November 25, 2025, the Court held a hearing on the pending petition for violations of supervised release (Doc. No. 80). The Defendant admitted to the violations and was adjudged guilty.

For the reasons stated on the record, the Court sentenced Defendant to 24 months to run concurrent with the sentence imposed in related case 3:25-cr-00140, with no supervision to follow in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE